■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES

Lyon, Appellant.—Appeal by defendant (by permission) from an order of the Supreme Court, Suffolk County, dated July 27, 1978, which, without a hearing, denied his motion pursuant to CPL 440.10 to vacate the judgment of conviction on the ground of newly discovered evidence. Order affirmed, upon the memorandum decision of Mr. Justice Jaspan at Criminal Term. Titone, J. P., Mangano, Martuscello and O'Connor, JJ., concur.